# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
311 N. Parkerson Ave
Crowley LA 70526

Jacqueline K. Becker
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630

Judgment on rehearing rendered and mailed to all parties or counsel of record on July 14, 2021

## REHEARING ACTION: July 14, 2021

**Docket Number: 20   00327-WCA**

**TIMOTHY BATISTE**
**VERSUS**
**MINERALS TECHNOLOGY**

**Appealed from Office of Workers' Compensation - # 4 Case No. 17-02865**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. D. Kent Savoie**
**Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy Batiste** has this day been

**DENIED.**

cc: Doris A. Royce, Counsel for the Appellee